# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 22-1558V**
Filed: October 14, 2026

| | |
|---|---|
| * * * * * * * * * * * * * | * |
| BETH STITZEL, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * |
| | * |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * |
| | * |
| Respondent. | * |
| * * * * * * * * * * * * * | * |

*John Beauliea, Esq. & Joseph Baglieri, Esq.*, Siri & Glimstad LLP, Louisville, KY & Chicago, IL, for petitioner.
*Felicia Langel, Esq.,* U.S. Dept. of Justice, Washington, DC, for respondent.

## DISMISSAL DECISION[1]

**Roth,** Special Master:

On October 19, 2022, Beth Stitzel ("petitioner") filed a petition for Vaccine Compensation in the National Vaccine Injury Compensation Program ("the Program"),[2] alleging that she suffered Polymyalgia Rheumatica ("PMR") which resulted from and was caused-in-fact by the influenza and/or TDaP vaccines she received on October 23, 2019, and/or from the Hepatitis B vaccines she received on October 28, 2019 and on December 6, 2019. Petition, ECF No. 1; Amended Petition, ECF No. 46.

Respondent filed his Rule 4(c) Report on October 30, 2024. ECF No. 33. Over the following several months, the parties exchanged expert reports. Pet. Ex. 49, 116, 120, 132; Resp.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned finds that the identified material fits within this definition, such material will be redacted from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Ex. A, B.

An Order issued on August 13, 2026, regarding the current status of caselaw associated with PMR and noting that PMR cases have been overwhelmingly unsuccessful in the Program. ECF No. 66. A second Order issued on September 15, 2026, addressing petitioner's experts' reports filed in this case. ECF No. 71.

In light of these orders, on October 13, 2026, petitioner filed a Motion to Voluntarily Dismiss under Rule 21(b) with Entry of Judgment. ECF No. 73.

Vaccine Rule 21(b) allows a special master to dismiss a claim at the petitioner's request pursuant to § 12(d)(3). Dismissal under this subsection is with prejudice and results in the entry of judgment.

Petitioner's motion to voluntarily dismiss is **GRANTED**. The Clerk shall enter judgment accordingly.[3]

**IT IS SO ORDERED.**

**s/ Mindy Michaels Roth**
Mindy Michaels Roth
Special Master

[3] Pursuant to Vaccine Rule 11(a), if a motion for review is not filed within 30 days after the filing of the special master's decision, the clerk will enter judgment immediately.